**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6288**
_____

LAMONT DELMAR PARKER,

        Plaintiff - Appellant,

    v.

SHERIFF JAMES KNIGHT; JAIL ADMINISTRATOR G. BULLOCK,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever, III,
Chief District Judge.  (5:10-ct-03095-D)

_____

Submitted:  July 31, 2012        Decided:  August 21, 2012

_____

Before MOTZ, KING, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Lamont Delmar Parker, Appellant Pro Se.  Julie Baxter Bradburn,
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Raleigh, North Carolina,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lamont Delmar Parker appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b)(1) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Parker v. Knight, No. 5:10-ct-03095-D (E.D.N.C. May 6, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2